SENT BY FAX: LAW OFFICES OF LES ZIEVE (714)848-7650

Recording Requested By
ServiceLink

When Recorded Mail to:

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD. STE 100
WEST PALM BEACH, FL 33409

Mail Tax Statements to:
Same as above

CONFORMED COPY

COPY of Document Recorded
on 11/19/09 as No. 20091119-00187806-0
Has not been compared with original.

Space above this line for Recorder's use only

Title Order No. 280523708 Trustee Sale No. 56332 Loan No. 70249065

# TRUSTEE'S DEED UPON SALE

APN 670-0-011-055

The undersigned grantor declares:

1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was .......... $1,078,301.21
3) The amount paid by the grantee at the trustee sale was .......... $725,400.00
4) The documentary transfer tax is .......... $0.00
5) Said property is located in the City of Thousand Oaks.

and FCI LENDER SERVICES, INC.

(herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR2

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Ventura, State of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated [illegible] WOMAN AS HER SOLE AND

[illegible]060622-0132325 of official

[illegible]itions specified in said Deed of

[illegible]ch was recorded in the Office of

[illegible]

Exhibit "1"

**TRUSTEE'S DEED UPON SALE – continued**

**Trustee Sale No.** 56332

**All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.**

**Said property was sold by said Trustee at public auction on** 11/16/2009 **at the place named in the Notice of Sale, in the county of** Ventura **, California, in which the property is situated. Grantee, being the highest bidder at said sale, became the purchaser of said property and paid therefore to said trustee the amount bid being** $725,400.00 **in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.**

**DATE:** 11/16/2009

FCI LENDER SERVICES, INC., as Trustee

Teri Snyder, Exec. Vice President

**CALIFORNIA NOTARY ACKNOWLEDGMENT**

**STATE OF** CALIFORNIA
**COUNTY OF** Orange

On 11/16/2009 before me, *******Carol Joy Long******, Notary Public, personally appeared Teri Snyder who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature

CAROL JOY LONG
COMM # 1861787
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
My Commission Expires
AUGUST 20 2013

Title Order No.: 280523708
Trustee Sale No.: 56332
Loan No.: 70249065
APN: 670-0-011-055

**EXHIBIT "A"**
**Legal Description**

LOT 19, OF CONEJO OAKS, TRACT IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 22, PAGE 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL THE OIL, GAS, AND HYDROCARBON SUBSTANCES IN OR UNDERLYING THE REAL PROPERTY ABOVE DESCRIBED, WITHIN, HOWEVER, THE SURFACE RIGHT TO EXTRACT SUCH MINERALS.

B6A (Official Form 6A) (12/07)

In re **Tamara Cobos-Mendez**, Debtor

Case No. **1:09-bk-26462-MT**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **625 Encino Vista Dr, Thousand Oaks CA** | **Equitable Title** | **C** | **550,000.00** | **1,007,746.00** |
| **13037 Ripple Creek Ln, Santa Rosa Valley, CA** | **Fee Simple** | **C** | **670,000.00** | **2,453,860.00** |

Sub-Total > **1,220,000.00** (Total of this page)

Total > **1,220,000.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037